# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

RECEIVED

2009 JUN -8 A 10: 51

DEBRA P. HACKETT
US DISTRICT C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA , | * | |
| PLAINTIFF, | * | |
| vs. | * | CASE NO: 1:09MJ46-CSC |
| CHARLA THOMAS | * | |
| JASON SLAUGHTER , | * | |
| DEFENDANTS. | * | |

## NOTICE OF APPEARANCE BY COUNSEL

The undersigned files this Notice of Appearance as counsel for the Defendant, CHARLA THOMAS, in the above captioned matter:

[ X ]  retained
[   ]  appointed
[   ]  advisory

Respectfully submitted, this the 5th day of June , 2009.

**WARREN ROWE (ROW005)**
**Attorney for Defendant**
**1208 Rucker Blvd., Stes. E, F, & G**
**Post Office Box 311305**
**Enterprise, AL. 36331-1305**
**334/347-3401 telephone**
**334/393-6135 facsimile**