IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:09CR83-MEF |
| | ) | |
| CHARLA THOMAS | ) | |

**ORDER**

It is ORDERED that, pursuant to the Defendant's *Motion to Suppress* (Doc. 46, filed July 17, 2009), a hearing is set for **September 16, 2009 at 9:00 a.m.** in Courtroom 4A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge. The United States should **file a response to Defendant's *Motion* on or before August 21, 2009.**

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal shall arrange for the defendant's appearance at this proceeding.

DONE, this 20th day of July, 2009.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATE MAGISTRATE JUDGE