IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:09CR83-MEF |
| JASON LINWOOD SLAUGHTER | ) | |
| CHARLA DEANNA THOMAS | ) | |

## **ORDER**

For good cause, it is **ORDERED** that a Pretrial Conference is scheduled in this case on 11/16/2009 at 11 a.m. in Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, Montgomery, Alabama.

DONE this 18th day of August, 2009.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE