IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:09CR83-MEF |
| JASON LINWOOD SLAUGHTER | ) | |
| CHARLA DEANNA THOMAS | ) | |

**ORDER**

For good cause,

It is ORDERED that the suppression hearing currently set for September 16, 2009 at 9:00 a.m. is **reset for Wednesday, October 28, 2009 at 1:00 p.m.** in Courtroom 4A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge. The United States shall file responses to Defendants's *Motions to Suppress* (Doc. Nos. 44 and 46) **on or before October 21, 2009.**

The Clerk is directed to provide a court reporter for this proceeding. If the defendants are in custody, the United States Marshal shall arrange for their appearance at this proceeding.

DONE, this 27th day of August, 2009.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATE MAGISTRATE JUDGE